UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
    -v-        :    15-CR-445-05 (PAE)
        :
JASON BENJAMIN,        :    ORDER
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter (Dkt. No. 1106) from defendant Jason Benjamin, seeking appointment of counsel in connection with his pending petition to vacate his conviction under 28 U.S.C. § 2255. The petition seeks to vacate the conviction as void under *United States v. Davis*, 588 U.S. __ (2019). The Court is presently awaiting the Government's response, which, pursuant to the Court's order of April 16, 2020, is due tomorrow, June 11, 2020 (Dkt. No. 1095). Upon review of the Government's response, the Court will determine whether appointment of counsel is warranted to assist the Court in resolving the merits of Benjamin's claim. The Clerk of Court is requested to mail a copy of this order to the defendant at the following address:

Jason Benjamin #22954-052

U.S. Penitentiary

P.O. Box 1000

Lewisberg, PA 17837

      SO ORDERED.

Dated: June 10, 2020
      New York, New York

                                    PAUL A. ENGELMAYER
                                    United States District Judge