UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             -v-<br><br>JASON BENJAMIN,<br><br>                              Defendant. | 15-CR-445-05 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court has received the attached letter from defendant Jason Benjamin, indicating that he has not received certain materials that he had requested from his counsel, Samuel Braverman, Esq.  The Court expects that Mr. Braverman will attend to this request, and asks Mr. Braverman, by Friday, November 13, 2020, to file a letter on the docket of this case apprising the Court on the steps taken to do so.

      SO ORDERED.

                                                                PAUL A. ENGELMAYER
                                                               United States District Judge

Dated: October 30, 2020
       New York, New York

JASON BENJAMIN
#22954-052
To: Clerk of court

15CR0445-05 (PAE)

    I have reached out to my lawyer, Mr. Braverman, multiple times concerning this matter. I have included Ex. A which was the last communication I have had with Mr. Braverman on this subject.

    I have not heard or received anything from Mr. Braverman or his office since the date of his return email as shown in Ex. A.

    Therefore I am writing the courts to request the following:

- Every document in the discovery relating to Jason Benjamin's 2009 shooting incident as well as Jason Moye's 2009 shooting incident with the exception of medical records.
- Any and all notices sent from the government to the defendant in case 15 cr 445.
- Any and all statements from Antoinette Boone that were taken by Mr. Benjamin's private investigator between July and September of 2017.
- Any and all documents in the discovery regarding Mr. Benjamin's 2013 shooting including but not limited to the DD5
- Every document relating to Brandon Howard's homicide with the exception of

his autopsy and other medical records "Discovery materials".

This letter is being sent to the following party:

    Clerk of Court
    United States District Court
    Southern District of New York
    560 pearl Street
    New York, NY 10007

*Jason Benjamin*      10/21/2020

TRULINCS 22954052 - BENJAMIN, JASON - Unit: LEW-D-A

----------------------------------------------------------------------------

FROM: Brraverman, Samm
TO: 22954052
SUBJECT: RE: Request for Discovery
DATE: 07/28/2020 01:36:04 AM

Good evening Jason. I hope you are doing as well as possible under the conditions, and that you time has been peaceful.

We will order the file from archives and then copy it for you and send it to you. Due to the pandemic, we do not have anyone in the office currently, but we will place the order and once it arrives, I will have someone go into the office to copy and mail it.

I will keep you updated.

Sam

JASON BENJAMIN on 7/26/2020 1:35:36 PM wrote
Samm:

I would like to know if you can provide me with a copy of my entire discovery materials? I was being held at FCI Estill, in South Carolina until a couple month ago due to a Tornado. As a result of the Tornado, I do not have access to my legal materials or property and have received no indication when those materials may be made available to me. I am now at USP Lewisburg, in Pennsylvania. I need my discovery documents as soon as your able. Also, if your not able to provide them to me, please submit a request to the court on my behalf. Thank you for your time and assistance to this matter.