UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        -v-

JASON BENJAMIN,

                                    Defendant.

15 Cr. 445-5 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Jason Benjamin, seeking a list

of government witnesses and their statements.  The Court is unaware of any legal basis for

granting such relief to Mr. Benjamin, who pled guilty well before trial.  The Court denies Mr.

Benjamin's motion.  Mr. Benjamin may wish to contact his trial counsel, to the extent he is seeks

an explanation of the Government's disclosure obligations.

        SO ORDERED.

_____
        PAUL A. ENGELMAYER
        United States District Judge

Dated: February 18, 2021
        New York, New York

**15-CR-445-05 (PAE)**

**D&F**

Jason Benjamin # 22954-052

U.S.P - Lewisburg

P.O. Box 1000

Lewisburg, PA 17837


1/12/21


U.S. District Court

CLERK OF COURT

500 Pearl st., Room 120

NEW YORK, NY 10007-1312


RE: Case Number CR 445 (PAE)


    Dear Clerk

  I respectfully ask for the following documents pertaining to the case number above.


1. Copy of the governments witness list


2. Copy of the statements of all the governments witnesses


I appreciate your assistance with my request

                       Thank you



Inmate Name: BENJAMIN JASON

Register Number: 22954-052

United States Penitentiary

P.O. Box 1000

Lewisburg, PA 17837

HARRISBURG PA 171

12 JAN 2021 PM 7 L

U.S District Court

CLERK OF COURT

500 Pearl St. Room 120

NEW YORK, NY 10007-1312

Crim. Docketing

10007-131508

CLERK'S OFFICE
S.D.N.Y.

2021 JAN 15 PM 2:09

RECEIVED

Legal Mail 1/12/2020