UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JASON BENJAMIN,

Defendant.

15 Cr. 445-5 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Clerk of Court is respectfully directed to mail a copy of the Court's order at docket 1166 to Mr. Benjamin.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 19, 2021
      New York, New York