UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JASON BENJAMIN,

Defendant.

15 Cr. 445-05 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 3, 2021, the Court received a letter from defendant Jason Benjamin, which the Court construes as a request for compassionate release. *See* Dkt. 1190. Because Mr. Benjamin has filed a motion under 28 U.S.C. § 2255 in which he claimed that his trial counsel had rendered ineffective assistance, the Court appoints Richard Palma, Esq., as CJA counsel for the limited purpose of writing a memorandum of law in support of Mr. Benjamin's compassionate release motion. That memorandum is due by May 28, 2021. The Government's response is due by June 4, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 6, 2021
       New York, New York