## RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

June 29, 2021

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
40 Foley Square, Room 2201
New York, N.Y. 10007

>   Re:   **U.S. v. Jason Benjamin, Dkt. 15 CR 445-05 (PAE)**
>         **Defense request to withdraw motion for relief under 18 USC §3582(c)(1)(A).**

Dear Judge Englemayer:

      I write in reference to this Court's May 6, 2021 Order appointing me as counsel to Jason Benjamin 22954-052 in the above-entitled matter for the purposes of filing a motion pursuant to 18 U.S.C. § 3582(c)(1)(A), the federal compassionate release statute, seeking a reduction in the 273-month term of imprisonment this Court imposed on him on January 9, 2018.

      After consultation with Mr. Benjamin, who, despite having made substantial rehabilitative strides in the 41 months since he was sentenced, has suffered a recent stress and substance-abuse-related setback, he has decided that now would not be the most opportune time to pursue relief on compassionate grounds. Although he followed the Probation Department's recommendation by earning his GED, as well as a number of other certificates, because he is currently in punitive segregation, Mr. Benjamin felt it would be better to submit his achievements and family circumstances for examination after he has returned to general population and gotten himself back on track.

      For those reasons, Mr. Benjamin respectfully requests permission to withdraw his motion with leave to renew it at some future point where his circumstances better illustrate his character and achievement.

Respectfully submitted,

Richard Palma

Granted. SO ORDERED.

*Paul A. Engelmayer*
―――――――――――――――――――
PAUL A. ENGELMAYER
United States District Judge
6/29/2021