UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JASON BENJAMIN,<br><br>                           Defendant. | 15-CR-445-05 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

    On December 22, 2017, defendant Jason Benjamin was sentenced principally to a term of imprisonment of 273 months. Dkt. 870.

    On November 7, 2023, Benjamin filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. Dkt. 1296. The United States Probation Department has issued a report indicating that Benjamin is not eligible for a sentence reduction. Dkt. 1297.

    The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 1296, and the Probation Department, Dkt. 1297.

    The Court finds that Benjamin is ineligible for a reduction of sentence because, as explained by the Probation Department, he does not meet the eligibility criteria of Amendment 821. The Court therefore denies Benjamin's motion.

    The Clerk of Court is requested to terminate the motion at Dkt. 1296 and to mail a copy of this order to Benjamin at the below address:

Jason Benjamin # 22954-052
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
       New York, New York