UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JASON BENJAMIN,

                Defendant.

15-CR-445-05 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In response to defendant Benjamin's letter at Docket 1308, the Court's order denying his motion for relief under Amendment 821 issued on February 4, 2024 and the Court ordered that it be mailed to Benjamin. The Court, acting in the expectation that the order has by now reached Benjamin or will soon reach him, sees no need for additional action at this time.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 9, 2024
       New York, New York